# Exhibit A



FRONTIER JUSTICE
Membership and Range Rules

Frontier Justice LLC hours of operation are subject to revision or change as occasion may warrant. Changes will be announced to all members.

**Current Hours of operation are:**

**Monday through Friday:** 10:00 a.m. to 8:00 p.m.
**Saturday:** 8:00 a.m. to 8:00 p.m.
**Sunday:** 12:00 p.m. to 6:00 p.m.

Frontier Justice reserves the right to close prior to the stated hours of operation when the facility is not being utilized by its members, due to inclement weather, private party bookings or any other reason management feels is in the best interest of the business. Frontier Justice reserves the right to reject or refuse anyone access to all facilities.

Frontier Justice will be closed on Thanksgiving, Christmas and Easter. Frontier Justice will have shortened hours on select holidays or day preceding the holiday.

## GENERAL RULES

The following rules have been compiled for member convenience and for the greater enjoyment of the facility by all members.

1. Guests — Members are expected to restrict the number of guests and the frequency of visits by guests to a reasonable number. Members should not bring more guests to shoot than they can personally supervise (maximum of 2 per member). Members or partners of members must accompany, and are personally responsible for, their guests. Members are personally responsible for any and all damages done to the Frontier Justice LLC facility by themselves or any guest. Members are expected to acquaint their guests with all rules, including safety rules, and are responsible for all charges incurred by their guests. No guest will be allowed to use the facilities if, in the judgment of Frontier Justice, such use is disruptive, disturbing to other members or not in the best interest of Frontier Justice. Members are responsible for any range fees incurred by guests if they are not using guest passes.

2. Lockers — All lockers are owned by Frontier Justice.

3. Food & Beverages — Frontier Justice provides food & beverages for members and their guests in the lounge. Beer or liquor is strictly prohibited on Frontier Justice premises.

4. Charges Incurred — All members are responsible for the payment of charges incurred in the use of the facility outside of their membership level.

5. Display of firearms — Members shall refrain from displaying, exhibiting or laying firearms on the tables in the lounge. The displaying and exhibiting of firearms shall be limited to the locker room or range. All firearms must be either holstered, cased or concealed in any and all other areas in the facility. No loading or unloading of firearms in the lounge or the locker room. Firearms must be unloaded when stored in lockers.


6. Corporate & Private Parties — Any event, group outing, etc., which has 5 or more participants (members or guests) is considered to be a corporate or private event. Member requests for private parties should be submitted to Frontier Justice management and require prior written approval. Catering is available upon request at members expense. A clean up fee may be assessed. The sponsor of the event must conduct its event in strict accordance with Frontier Justice policies and safety rules.

7. Children — Frontier Justice encourages a family atmosphere and children are welcome. Members bringing minor children to the facility are responsible for both the conduct and the safety of their children. Members must accompany, control, oversee and directly supervise their children or their guest's children at all times. All children must have the release of liability form signed by a parent or legal guardian. Children under the age of 8, or less than 48" are NOT allowed on the range.

8. Compliance with laws & regulations — Members and their guests must comply with all applicable federal, state & local laws, ordinances and Frontier Justice rules.

9. Member Conduct — Violation of any applicable federal, state & local laws, ordinance or Frontier Justice rules or any behavior contrary to the best interests of Frontier Justice, its overall membership or its employees will result in disciplinary action by Frontier Justice up to and including loss of membership and facility usage rights. All members are personally and financially liable for any damages done to the grounds, buildings and all facilities.

## FIREARMS SAFETY

1. Actions on all firearms must be open when the firearms are being carried or handled.

2. Muzzles of firearms must be pointed in a safe direction at all times.

3. There shall be no pointing of firearms in the lounge or locker room.

4. Firearms shall remain open and must not be loaded until ready for use inside the range.

5. When handling a firearm, shooter must keep their finger off of the trigger until ready to shoot.

6. All shooters, referees, range personnel, and spectators shall wear safety glasses and hearing protection while in the shooting ranges.

7. Only approved targets may be shot on Frontier Justice property.

8. No one under 18 years of age may shoot in the range unless accompanied by a parent or other adult. Minor children must be closely supervised while visiting the shooting range.

9. Absolutely no beer or other alcoholic beverages are allowed; nor the use of firearms under the influence of any type of alcohol or drugs, legal or otherwise. No intoxicating substances are allowed anywhere on the premises, including the parking lot.

10. All firearms must be cased or holstered while not on the range, at line or fire.



# FRONTIER JUSTICE
## Membership and Range Rules

## RANGE RULES

The following rules are specific to the range and are in addition to other Frontier Justice policies and basic safety rules. There will be absolutely no tolerance for not following these rules or of any abuse to the facility. All members and guests must view the range safety video and sign the appropriate waiver. Noncompliance with any of the following rules will result in the loss of range privileges.

1. All members and guests must check in and check out at the Range Check In counter before and after shooting. All shooters are required to sign a Waiver and Release of Liability before entering the shooting range (renewed once a year).

2. Shooters are fully responsible for the action of their guest(s). You must oversee the activities of your guest(s) at all times. You must be at the shooting position with your guest(s) or at the adjacent position.

3. A shooter and his/her guest(s) may occupy no more than their assigned lane(s) at any time. Only one shooter is allowed at a time.

4. No food, drink, gum or tobacco products are permitted inside the range.

5. Oxygen tanks/generators will not be permitted inside the range.

6. Pregnant women will not be allowed on the range, even with a doctor's note.

7. Never use alcohol or drugs before or while shooting — those suspected of using any of these will not be permitted on the range (our call is final).

8. Eye and ear protection must be put on before entering the range and worn at all times. Clear or amber lenses are allowed, tinted eyewear will NOT be allowed.

9. All firearms must be holstered or cased while going to or from the range. Never handle uncased or unholstered firearms behind the firing line. All firearms must be uncased and cased within the assigned lane.

10. Targets considered obscene or offensive will not permitted on the range. Shooting at anything other than your target is strictly prohibited. Any 2 shots fired that strike any surface besides your paper target (ceiling, floor, target carrier, track, etc.) in any combination, will result in the RSO asking you to leave for the day.

11. All commands given by the Range Safety Officer (RSO) must be followed.

12. Upon the command "CEASE FIRE", stop all shooting immediately, put down your firearm and back away from the firing line. Do not re-approach the firing line or handle a firearm until the "ALL CLEAR" signal is given by the RSO.

13. No BB guns are allowed on the range. Pellet guns are only allowed with lead pellets—absolutely no other metal or plastic pellets.

14. All firearms used on the range must be in safe operating condition. All firearms must have front and rear sights or optics to be considered safe.

15. For any firearm or ammunition problem; (squib load or hang fire) place the firearm on the table with the muzzle pointed down range, remain in your booth, signal a RSO for assistance by raising your hand.

16. Drawing from a holster is not permitted unless as a part of a Frontier Justice class curriculum with an instructor present.

17. Always keep firearms pointed down range and in a safe direction. NEVER turn around in the booth while holding a firearm. NEVER point the muzzle of your firearm toward yourself, another person, the ceiling, range or shooting booth walls. NEVER for any reason leave your booth with an uncased or unholstered firearm.

18. Always keep the action open and firearm unloaded until ready to fire. Consider every firearm as "loaded" and treat it as such.

19. Keep your finger off the trigger until ready to shoot.

20. Never cross the firing line for ANY reason. Do not attempt to retrieve anything that falls in front of the firing line. If you lose a piece of equipment, signal a RSO for assistance by raising your hand.

21. Shooting from the prone or kneeling position is strictly prohibited.

22. If you observe any unsafe behavior or condition of anyone on the range, please report it to the RSO immediately by raising your hand for assistance.

23. Anyone under the age of 18 must be accompanied by parent or legal guardian. Children are allowed to shoot on the range ONLY if they are 8 years old and 48 inches tall while accompanied by a parent or legal guardian.



24. Anyone using the range over the age of 18 may use their own handgun if they can lawfully be in possession of that firearm. Anyone under 18 WILL NOT BE ABLE TO USE A FRONTIER JUSTICE RENTAL FIREARM (unless enrolled in a Frontier Justice class).

25. If in a group, anyone over the age of 21 may rent a handgun, but cannot allow anyone under the age of 21 to be in possession of a Frontier Justice rental handgun (excluding those enrolled in a Frontier Justice educational course).

26. You must be over the age of 21 for any full auto usage, includes full autos not owned by Frontier Justice.

27. No Frontier Justice firearms may be rented for use by a minor. If a parent/guardian brings their own firearms, a minor's use of those firearms is at the parent/guardian's discretion within the rules of the range and law.

28. All magnum rifle calibers are limited to the rifle bays only. No handguns may be shot in the Rifle Range. No birdshot or buckshot allowed, only slugs may be used. Absolutely no ammunition, factory, or hand loaded may reach or exceed 4,000 fps (ex. NO .22-250 caliber). No ammunition is allowed that does not fire a single projectile.

29. There is no firing of firearms from the hip. Shotguns must have a shoulder stock. Shotguns with pistol grips only are not allowed. Shotguns are only allowed on the Rifle Range and Tactical Bays.

30. Use only the correct ammunition for your firearm. No STEEL CORE, STEEL CASE, STEEL SHOT, TRACER, ARMOR PIERCING or ALUMINUM CASE ammunition. Non-incendiary ammunition sold at Frontier Justice is allowed (streak ammo). Only brass case ammunition is allowed — no other metal or substance. No muzzleloaders or black powder.

31. Only ammunition purchased the same day at Frontier Justice will be allowed for rental firearms. Frontier Justice follows all federal laws regarding the sale of ammunition.

32. Shooters may collect their brass only, behind the firing line, after unloading and casing their firearm in preparation to exit the range.

33. Wash your hands each time you leave the range and before smoking, eating or drinking.

34. Frontier Justice is not responsible for damage to or loss of personal equipment used at the range.

35. A strict dress code is posted on our website and MUST be adhered to in order to shoot on the range.

36. In the event that you are asked to leave the range, there will be no refunds.

(The RSO and/or Store Management will make the final call on any subjective understanding of the rules.)

**Pistol Range (x2)** — Rimfire and Centerfire Pistol Calibers ONLY.
**Tactical Range** — All Rimfire and Centerfire calibers, not exceeding 4,000 fps, are permitted.
**Rifle Range** — Centerfire Rifle Calibers ONLY, not exceeding 4,000 fps.

## DRESS CODE

To ensure safety and a satisfactory experience for our members and guests, the following dress code will be enforced:

1. No flip flops, sandals, or open footwear of any kind will be allowed on the range.

2. No tank tops or low-cut tops allowed.

3. Extremes in apparel or jewelry which are deemed distractive, disruptive, disrespectful or unsafe will not be permitted.

4. Clothing or jewelry displaying drug references, obscenities, lewd or illegal behavior, sexual overtones etc. or any reference that is disruptive to others will not be permitted.

5. Undergarments worn as outer garments are not permitted, including muscle shirts.

6. Hats, caps, bandanas or any other head covering will be removed in the facility, except baseball caps facing forward.

7. Torn or ragged clothing will not be permitted.

8. Pants, slacks and trousers must be sufficiently pulled up to appropriate levels and cover under garments.

9. Floor length clothing, that touches the floor, will not be allowed on the range.


In consideration of gaining Membership or being allowed to participate in the activities and programs of Frontier Justice ("Frontier Justice LLC"), and to use its facilities and equipment, in addition to the payment of any fee or charge, I do hereby agree to each and all of the terms of the Frontier Justice Membership Contract, Membership Terms and Conditions, Hold Harmless Clause, Release and Membership Rules.

1. This membership is personal to the member listed on the front of the application. It cannot be reassigned, transferred or cancelled except as otherwise provided herein.

2. The member agrees to abide by the policies of Frontier Justice LLC. The policies and/or terms of the membership may be amended from time to time. Member agrees to accept and follow any rule changes.

3. For use of Frontier Justice LLC facilities, the member agrees to pay Frontier Justice LLC an application fee and monthly fees of the selected membership category. Monthly dues are subject to change pursuant to the policies of Frontier Justice LLC and Frontier Justice LLC reserves the right to increase rates and add or delete services upon notice to members.

4. New and updated billing, address and telephone information is the responsibility of the member, and it is not the responsibility of Frontier Justice LLC to notify the member of expired/declined credit cards or debit card rejections. Should any default be made, the entire remaining sum due hereunder shall be immediately due and payable to Frontier Justice LLC and shall bear interest at the rate of 9% per annum from the date of default. Any payment more than five days late will be charged 10% on all past due balances. In addition, I agree to pay all charges assessed by the bank plus $15.00 for any returned payment or rejected debit transaction.

5. If any charges are applied to an account in error, Frontier Justice LLC will refund such charges within thirty (30) days from the date of notification of the incorrect charges if notified within thirty (30) days of the account error.

6. This Membership Contract is based on a minimum twelve (12) month commitment. The membership is open-ended and after the initial twelve months will continue and is automatically renewed for another twelve (12) months on the Membership Level requested above. For annual memberships, the fee will be due on the first day of the annual period. For monthly memberships, the fee will be due on the date membership started and the same day of every month thereafter for the twelve (12) month membership.

7. A member is required to provide written notification at least 30 days prior to the next scheduled payment date if he/she intends to cancel his/her membership. Upon the receipt of the notification, the membership status will be processed and the monthly dues will be assessed. If cancelling, the applicable cancellation fee will apply.

8. This membership agreement shall be in effect until cancelled or terminated as provided herein.

9. Please take notice: Failure to regularly attend Frontier Justice LLC and utilize its programs and facilities does not relieve the member of the obligation, regardless of the circumstances, to pay for this membership in full unless otherwise provided herein.

10. Frontier Justice LLC reserves the right in its sole discretion to determine appropriate behavior in the facility and reserves the right to restrict or deny access to the facility to anyone and/or cancel membership.

11. The cancellation fee will not apply if a medically documented event, such as severe illness or other condition from which the member is not expected to recover, is provided; or, the member provides sufficient documentation that he/she is moving more than 100 miles from the Frontier Justice LLC facility.

12. Frontier Justice LLC agrees to provide use of its facilities during business hours as stipulated by the membership category while this agreement is in effect. Frontier Justice LLC reserves the right to close the facility for scheduled events, inclement weather, power loss, holidays or other necessary instances.

13. This agreement shall not be assigned or transferred by the Member without the express written consent of Frontier Justice LLC.

14. GUEST POLICY: Immediate family members may use the facilities; however, they must be accompanied by the Member. All guests (non-members) will be charged a guest fee for usage of Frontier Justice LLC unless the member provides a Frontier Justice LLC Guest Pass for the visit. All guests must have valid photo identification, must sign the Membership Contract, Membership Terms and Conditions, Hold Harmless Clause, Release and Membership Rules, and are subject to any rules and policies of Frontier Justice LLC. Guests under the age of eighteen (18) must have the release of liability form signed by a parent or legal guardian. The Member is responsible and agrees to indemnify Frontier Justice LLC for the behavior and actions of his or her guests.

15. Frontier Justice LLC reserves the right to change any/all membership perks up to twice a year to stay competitive and also cost effective with offerings. This will require no written or other notice to members, but updated materials will be provided upon request.

