# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

RANIA BARAKAT,

      Plaintiff,

      V.                                    Case No. 4:21-cv-00934-RK

FRONTIER JUSTICE KCMO, LLC,
A MISSOURI DOMESTIC
FOR-PROFIT CORPORATION;,

      Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

      Defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice. Fed. R. Civ. P. 12(h); Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006) ("when a federal court concludes that it lacks subject-matter jurisdiction, the court must dismiss the complaint in its entirety") (citation omitted).

      **IT IS SO ORDERED.**

Dated: August 10, 2022.               /s/ Paige Wymore-Wynn_____
                                  Clerk of the Court

Entered: August 12, 2022              /s/ LaTandra Wheeler_____
                                  Deputy Clerk